SIDNEY FITZGERALD, JR. *v.* ROBCO POOLS, INC. (5353)

DUPONT, C. J., SPALLONE and BIELUCH, Js.

Submitted on briefs September 1—decision released September 22, 1987

*William J. Wholean* filed a brief for the appellant (defendant).

*Lawrence R. Pellett* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.